IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                                                                              **CR No. 07-0614 RB**

**REBECCA CHRISTIE,**
**(a/k/a REBECCA WULF),**

    **Defendant.**

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** came before the Court on United States' Motion to Exclude the Expert Testimony of Dr. Deborah Davis, or in the Alternative, to Conduct a *Daubert* Hearing Concerning the Admissibility of Her Testimony, filed September 21, 2009. (Doc. 205.) A hearing on this and other pre-trial motions was held October 14, 2009. Dr. Davis was Defendant Sgt. Wulf's proposed witness, and the Defense anticipated that she would testify that Sgt. Wulf's statements to FBI Special Agent Oakes were not admissions of guilt, but rather the product of an interrogation technique. At this time, however, Defendant Christie does not intend to call Dr. Davis to testify.

**WHEREFORE,**

Having considered the submissions of counsel, relevant law, and being otherwise fully advised, **IT IS HEREBY ORDERED** that the United States' Motion to Exclude the Expert Testimony of Dr. Deborah Davis, or in the Alternative, to Conduct a *Daubert* Hearing is **GRANTED AS TO REBECCA CHRISTIE**.

                                                                                                       **ROBERT C. BRACK**
                                                                                                       **UNITED STATES DISTRICT JUDGE**